UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    v.<br><br>MIGUEL GARCIA RAMIREZ JR.(1),<br><br>            Defendant. | Case No. 12CR4583-01-IEG<br><br>ORDER OF DISMISSAL AND JUDGMENT |

In consideration of the Government's Motion to Dismiss, the Court hereby orders that defendant (1) MIGUEL GARCIA RAMIREZ JR., is DISMISSED WITHOUT PREJUDICE pursuant to Rule 48(a).

**SO ORDERED.**

DATED: June 17, 2013

_____
**IRMA E. GONZALEZ
United States District Judge**